1  JOSEPH A. SCANLAN, JR., ESQ., SBN 101928
2  MILLER, MORTON, CAILLAT & NEVIS, LLP
   25 Metro Drive, 7th Floor
   San Jose, California 95110
3  Telephone: (408) 292-1765
   Facsimile: (408) 436-8272
4

5  Attorneys for Katherine S. Pak

6

7

8  UNITED STATES DISTRICT COURT

9

10  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| KATHERINE S. PAK, | Case No.: CV12-04994 EJD |
| Plaintiff, | [XXXXXXXX] ORDER DISMISSING DEFENDANT STANDARD INSURANCE COMPANY |
| vs. | |
| STANDARD INSURANCE COMPANY; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation To Dismiss filed by Plaintiff Katherine S. Pak and Standard Insurance Company in the above entitled proceeding, IT IS HEREBY ORDERED, that: Defendant Standard Insurance Company is hereby dismissed without prejudice. Each party to bear their own attorneys fees and costs.

The Clerk shall close this file.

Dated: November __30__, 2012

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

1

[PROPOSED] ORDER DISMISSING DEFENDANT STANDARD INSURANCE COMPANY

## SERVICE LIST

Joseph A. Scanlan, Jr., Esq.
Miller, Morton, Caillat & Nevis
25 Metro Dr., 7th Fl.
San Jose, CA  95110


Andrew Altschul, Esq.
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Ave., Ste. 600
Portland, OR  97204

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

[PROPOSED] ORDER DISMISSING DEFENDANT STANDARD INSURANCE COMPANY