1  JOSEPH A. SCANLAN, JR., ESQ., SBN 101928
   MILLER, MORTON, CAILLAT & NEVIS, LLP
2  25 Metro Drive, 7th Floor
   San Jose, California 95110
3  Telephone: (408) 292-1765
   Facsimile: (408) 436-8272
4

5  Attorneys for Katherine S. Pak

6

7
                    UNITED STATES DISTRICT COURT
8

9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   KATHERINE S. PAK,                ) Case No.: CV12-04994 EJD
12                                  )
             Plaintiff,             ) [~~PROPOSED~~] ORDER DISMISSING
13                                  ) DEFENDANT STANDARD INSURANCE
       vs.                          ) COMPANY
14                                  )
   STANDARD INSURANCE COMPANY; and )
15 DOES 1 through 20, inclusive,    )
                                    )
16           Defendants.            )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
   _____)
20

21      Pursuant to the Stipulation To Dismiss filed by Plaintiff Katherine S. Pak
22 and Standard Insurance Company in the above entitled proceeding, IT IS
23 HEREBY ORDERED, that: Defendant Standard Insurance Company is hereby
24 dismissed without prejudice. Each party to bear their own attorneys fees and costs.
25      The Clerk shall close this file.
26 Dated: November __30__, 2012
27
                                    _____
28                                  JUDGE OF THE UNITED STATES
                                    DISTRICT COURT

1

[PROPOSED] ORDER DISMISSING DEFENDANT STANDARD INSURANCE COMPANY

*SERVICE LIST*

Joseph A. Scanlan, Jr., Esq.
Miller, Morton, Caillat & Nevis
25 Metro Dr., 7th Fl.
San Jose, CA  95110


Andrew Altschul, Esq.
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Ave., Ste. 600
Portland, OR  97204

[PROPOSED] ORDER DISMISSING DEFENDANT STANDARD INSURANCE COMPANY